```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  ELANA S. LANDAU                            FILED
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street                       NOV 10 2011
 4  Fresno, California 93721
    Telephone:  (559) 497-4000           CLERK, U.S. DISTRICT COURT
 5                                      EASTERN DISTRICT OF CALIFORNIA
                                        BY____J. Hellings_____
 6  SEALED                                     DEPUTY CLERK

 7

 8

 9           IN THE UNITED STATES DISTRICT COURT FOR THE

10                   EASTERN DISTRICT OF CALIFORNIA
                          1:11CR00393 LJO
11

12  UNITED STATES OF AMERICA,     )   CASE NO.
                                  )
13              Plaintiff,        )   EX PARTE MOTION TO SEAL
                                  )   INDICTMENT PURSUANT
14        v.                      )   TO RULE 6(e), FEDERAL
                                  )   FEDERAL RULES OF
15  H.C. BRYANT, ET AL.,          )   CRIMINAL PROCEDURE
                                  )
16              Defendants.       )
                                  )
17  _____)

18

19       The government moves the Court, pursuant to Rule 6(e) of the

20  Federal Rules of Criminal Procedure, to order and direct that the

21  Indictment returned by the Grand Jury on November 10, 2011,

22  charging the above defendants with a violation of Title 21, United

23  States Code, Sections 846, 841(a)(1), 841(b)(1)(B)- Conspiracy to

24  Distribute Cocaine Base; 21 U.S.C. § 841(a)(1), 841(b)(1)(B) and

25  18 U.S.C. § 2 - Distribution of Cocaine Base and Aiding and

26  Abetting, charges be kept secret until the defendants named in the

27  Indictment are either in custody or have been given bail on these

28  offenses; and further order that until such time as the defendants
```

are in custody or have been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: November 10, 2011           Respectfully submitted,

BENJAMIN B. WAGNER
Acting United States Attorney

By
  ELANA S. LANDAU
Assistant U.S. Attorney

IT IS SO ORDERED this 10 day of November, 2011

_____
U.S. Magistrate Judge

2