BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> H C BRYANT and ) <br> CHARLEY RAY DENWITTY, JR., ) <br> ) <br> Defendants. ) | Case NO. 1:11-CR-393 <br><br> REQUEST TO **UNSEAL** INDICTMENT |

The arrest warrant in the above-captioned proceeding was executed on November 18, 2011. As a result, there is no need for the indictment to remain under seal. Accordingly, the United States asks that the Court order that the indictment be unsealed.

BENJAMIN B. WAGNER
United States Attorney

Date: December 6, 2011        /s/ Elana S. Landau
                              By: Elana S. Landau
                              Assistant United States Attorney

1

```
BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>                  Plaintiff,         )<br>                                      )<br>     v.                               )<br>                                      )<br>                                      )<br>H C BRYANT and                        )<br>CHARLEY RAY DENWITTY, JR.,            )<br>                                      )<br>                  Defendants.        )<br>_____) | Case No: 1:11-CR-393<br><br>ORDER TO **UNSEAL** INDICTMENT |

   Upon application of the United States of America and good cause having been shown,

   The indictment in the above-captioned proceeding is hereby unsealed.


   IT IS SO ORDERED.

**Dated:   December 7, 2011**              /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE