BARBARA HOPE O'NEILL #102968
Attorney at Law
2014 Tulare Street, Suite 510
Fresno, California  93721
Telephone:  (559) 459-0655
Fax:  (559) 459-0656
email: tajfalaw@yahoo.com

Attorney for Charley Ray Denwitty, Jr.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No. 1:11CR00393 LJO |
|                            ) | |
|                            ) | STIPULATION |
|           Plaintiff,       ) | AND ORDER TO CONTINUE |
|                            ) | |
|     vs.                    ) | |
|                            ) | |
| CHARLEY RAY DENWITTY, JR. ,) | DATE: January 22, 2013 Time: 8:30 a.m. |
|           Defendant.       ) | Hon:  Lawrence J. O'Neill |

   Barbara Hope O'Neill the attorney of record for Charley Ray Denwitty, Jr. requests to continue the date for his sentencing.  The attorney for the government, Elana S. Landau, has no objection to the request.

   The continuance is requested as defense counsel will be in trial in State Court.  When originally set for sentencing on January 22, the date was clear on Counsel's calendar.  Due to a mistrial in State Court, counsel will now be in trial on January 22, 2013.

   It is requested that the sentencing date be continued from January 22, 2013 at 8:30 a.m. to February 4, 2013, at 8:30 a.m.  This date is agreeable with Ms. Landau.


Dated:  January 15, 2013                     Respectfully submitted,


                                             /s/ Barbara Hope O'Neill

-1-

Barbara Hope O'Neill
Attorney for Charley Ray Denwitty, Jr.

Dated:  January 15, 2013                         /s/ Elana S. Landau
                                                 Elana S. Ladau
                                                 Assistant U.S. Attorney

## ORDER

Upon stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the hearing in this matter presently set for January 22, 2013 is continued until February 4, 2013  at 8:30 a.m.. to be heard before the Hon. Lawrence J. O'Neill.

IT IS SO ORDERED.

Dated:  **January 15, 2013**                    **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE