AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:11-cr-00393-LJO-SKO   Document 59   Filed 05/29/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

United States of America )
v. )
CHARLEY RAY DENWITTY, JR. )
)   Case No:  1:11-cr-00393 -002 LJO
)   USM No:  68035-097
)
Date of Original Judgment: 02/05/2013 )
Date of Previous Amended Judgment: )   David Porter, Assistant Federal Defender
*(Use Date of Last Amended Judgment if Any)*   *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  92  months **is reduced to**  77 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  02/05/2013  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  05/21/2015                    /s/ Lawrence J. O'Neill
                                           *Judge's signature*

Effective Date:  11/01/2015                Honorable LAWRENCE J. O'NEILL, U.S. District Judge
*(if different from order date)*            *Printed name and title*