MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone:  (661) 616-2141
Facsimile:  (661) 322-7675

Attorney for the Defendant
Charles Denwitty

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00393 SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| CHARLES DENWITTY, | (Doc. 76) |
| Defendant. | |

**STIPULATION**

COMES NOW, Defendant, Charles Denwitty, by and through his attorney of record, Monica L. Bermudez and The United States of America, by and through his counsel of record hereby stipulate as follows:

1. By previous order, this matter was set for a status hearing on October 7, 2020.

2. By this stipulation, defendant now moves to continue the status hearing to **November 18, 2020 at 1:00 p.m.** before the Honorable Sheila K. Oberto.  The government joins in this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. Counsel for defendant is currently engaged in trial in the case of *People v. Dayvone Pearson* BF172410A. Trial is scheduled through October 23, 2020.

b. The government does not object to, and agrees with, the requested continuance.

1

IT IS SO STIPULATED.

DATED: October 2, 2020

                                  /s/ Monica L. Bermudez
                                  MONICA L. BERMUDEZ
                                  Counsel for Defendant
                                  Charles Denwitty

DATED: October 2, 2020

                                  /s/ Antonio Pataca
                                  ANTONIO PATACA
                                  Assistant United States Attorney

### **O R D E R**

Good cause appearing, the Court GRANTS the request in part. The matter will be set on the duty calendar, rather that Judge Oberto's status conference calendar. Thus, the Court **ORDERS:**

1. The status conference is **CONTINUED** to **November 18, 2020** at 2:00 p.m. before Magistrate Judge Erica P. Grosjean.

IT IS SO ORDERED.

   Dated:   **October 2, 2020**                  **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE