1  McGREGOR W. SCOTT
   United States Attorney
2  ANTONIO J. PATACA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          CASE NO. 1:11-CR-00393 SKO

12                    Plaintiff,      STIPULATION AND ORDER REGARDNG
                                      STATUS CONFERENCE
13         v.
                                      DATE: November 18, 2020
14 CHARLES RAY DENWITTY, JR.,         TIME: 2:00 P.M.
                                      COURT: Hon. Erica P. Grosjean
15                    Defendant.

16

17                          **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20        1.      By previous order, this matter was set for status on November 18, 2020.

21        2.      By this stipulation, initiated by the United States of America, the parties stipulate that the

22 status conference may be continued to December 9, 2020, to allow time for further investigation and

23 settlement discussions.

24        IT IS SO STIPULATED.

25

26

27

28

                                    1

Dated:  November 12, 2020

McGREGOR W. SCOTT
United States Attorney


/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney


Dated:  November 12, 2020

/s/ MONICA L. BERMUDEZ
MONICA L. BERMUDEZ
Counsel for Defendant
CHARLES Ray DENWITTY


**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court orders the status conference be continued until December 9, 2020, at 2:00 pm, before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated:   **November 13, 2020**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE