McGREGOR W. SCOTT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLEY RAY DENWITTY, Jr.,<br><br>Defendant. | CASE NO. 1:11-cr-00393-002<br><br>ORDER DISMISSING SUPERSEDING PETITION FOR OFFENDER UNDER SUPERVISION |

This matter is before the Court on motion of the United States seeking dismissal of the Superseding Petition for Offender Under Supervision filed on September 30, 2020.  (Doc. 75).  The Court, having considered the Motion and being otherwise sufficiently advised, is of the opinion that the Motion should be **GRANTED**.

THEREFORE, IT IS ORDERED that the Superseding Petition for Offender Under Supervision filed on September 30, 2020, is dismissed in the interest of justice.

IT IS FURTHER ORDERED that the status conference set for December 9, 2020, at 2:00 pm be removed from the calendar.

IT IS SO ORDERED.

Dated:   **December 4, 2020**

UNITED STATES MAGISTRATE JUDGE

1